IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02213-MSK-MEH

GUARDIAN INDUSTRIES, CORP. and
GUARDIAN BUILDING PRODUCTS AND DISTRIBUTION, INC.,

     Plaintiffs,

v.

GUARDIAN ENTERPRISES, INC., d/b/a Guardian Skylights of Colorado Springs,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

     Defendant's Unopposed Motion to Amend Answer [Filed January 29, 2007; Docket #8] is **granted**. Because Defendant's Amended Answer is included in the same document as the Motion, Defendant is granted leave until **February 5, 2007**, to file its Amended Answer.