IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02213-MSK-MEH

GUARDIAN INDUSTRIES, CORP., and
GUARDIAN BUILDING PRODUCTS DISTRIBUTION, INC.,

       Plaintiffs,

v.

GUARDIAN ENTERPRISES, INC.,
d/b/a GUARDIAN SKYLIGHTS OF COLORADO SPRINGS,

       Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the "Stipulated Dismissal With Prejudice" (**#19**)

filed June 29, 2007.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with

prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection

with this action.  The Clerk shall close this case.

Dated this 2nd day of July, 2007

                         BY THE COURT:

                         *Marcia S. Krieger*

                         _____

                         Marcia S. Krieger
                         United States District Judge